# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Mathew Ragan        BK NO. 19-03804 MJC

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

       Respectfully submitted,

/s/ Michael Farrington
Michael Farrington
15 Nov 2023, 12:27:58, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Case 4:19-bk-03804-MJC    Doc 69    Filed 11/15/23    Entered 11/15/23 16:22:48    Desc
Main Document    Page 1 of 1
Document ID: 039a460cf415676050dbf7e028a3bb0c04b5ee513ca2904ea549ed6014574e5e