IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| | : | |
| TAWNIA DIEHL | : | CASE NO.: 4-19-bk-00161-MJC |
| GARY PAGE and TINA PAGE | : | CASE NO.: 4-19-bk-00333-MJC |
| JUSTIN HOLLABAUGH | : | CASE NO.: 4-19-bk-02563-MJC |
| MATTHEW RAGAN | : | CASE NO.: 4-19-bk-03804-MJC |
| JEFFREY E. STRYKER and SHERRY A. STRYKER | : | CASE NO.: 4-21-bk-01259-MJC |
| MARSHA K. FANNIN | : | CASE NO.: 4-23-bk-00040-MJC |
| NESTOR ARIAS and COLEEN ARIAS | : | CASE NO.: 5-18-bk-02033-MJC |
| BARRY FRANCIONI | : | CASE NO.: 5-18-bk-04456-MJC |
| STEPHEN SCHOTT | : | CASE NO.: 5-19-bk-00123-MJC |
| CHRISTINA CHABAN | : | CASE NO.: 5-19-bk-01416-MJC |
| THOMAS R. HOMENCHAK | : | CASE NO.: 5-19-bk-02085-MJC |
| MICHAEL PUTALAVAGE and TERRI PUTALAVAGE | : | CASE NO.: 5-19-bk-03389-MJC |
| PAUL WERKHEISER | : | CASE NO.: 5-20-bk-00245-MJC |
| JOSEPH HOLLOMAN | : | CASE NO.: 5-20-bk-01593-MJC |
| RONALD WALTON | : | CASE NO.: 5-21-bk-01053-MJC |
| | : | |
| DEBTORS | : | |

## REPORT OF THE UNITED STATES TRUSTEE

Andrew R. Vara, the United States Trustee for Regions 3 and 9 (the "United States Trustee"), by and through his undersigned counsel, hereby files the following report, as requested by the Court. The undersigned hereby represents that on February 7, 2024, Attorney Paul W. McElrath, Jr. informed the Office of the United States Trustee for the Middle District of Pennsylvania that due to on-going health concerns, he intends to voluntarily cease legal operations at this time.

A transition plan for Attorney McElrath's files is currently being worked on and the United States Trustee anticipates that an update regarding same be provided to the Court at the continued Status Conference on March 7, 2024.

Respectfully submitted,

ANDREW R. VARA
UNITED STATES TRUSTEE

D. Troy Sellars
Assistant United States Trustee

By:     /s/ Joseph P. Schalk
Joseph P. Schalk, Esquire
PA ID 91656
Office of the United States Trustee
1510 N. 6th Street, Box 302
Harrisburg, PA 17102
Tel. (717) 221-4533
Fax (717) 221-4554
Email: joseph.schalk@usdoj.gov

Dated:     February 9, 2024