UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**********************************************************************

| MATHEW RAGAN | : | |
|---|---|---|
| Debtor | : | CASE NO. 4-19-03804 |

**********************************************************************

PRAECIPE TO ENTER APPEARANCE

**********************************************************************

Kindly enter my appearance for the Debtor, Mathew Ragan, in the above-captioned case.

Date: April 18, 2024  /s/Tullio DeLuca
Tullio DeLuca, Esq.
381 N. 9th Avenue
Scranton, PA 18504
(570) 347-7764