United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                            Case No. 19-03804-MJC
Mathew Ragan                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                      User: AutoDocke                      Page 1 of 2
Date Rcvd: Nov 19, 2024                 Form ID: trc                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5315368 | ^ MEBN | Nov 19 2024 18:40:03 | US Bank Trust National Association, Not In Its Ind, PO Box 814609, Dallas, TX 75381-4609, US Bank Trust National Association, Not, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2024                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2024 at the address(es) listed below:

**Name**                      **Email Address**

Denise E. Carlon
           on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
           on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust C/O Fay Servicing, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
           on behalf of Creditor US Bank Trust National Association bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Jack N Zaharopoulos
           TWecf@pamd13trustee.com

Kevin S Frankel
    on behalf of Creditor Specialized Loan Servicing LLC pa-bk@logs.com

Sindi Mncina
    on behalf of Creditor US Bank Trust National Association smncina@raslg.com

Tullio DeLuca
    on behalf of Debtor 1 Mathew Ragan tullio.deluca@verizon.net

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 4:19-bk-03804-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Mathew Ragan
246 Fountain Road
Snow Shoe PA 16874

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/18/2024.

Name and Address of Alleged Transferor(s):

Claim No. 3: US Bank Trust National Association, Not In Its Ind, PO Box 814609, Dallas, TX 75381-4609, US Bank Trust National Association, Not, PO Box 814609, Dallas, TX 75381-4609

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, South Carolina 29603-0826
NewRez LLC d/b/a Shellpoint Mortgage Ser
P.O. Box 10826
Greenville, South Carolina 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/21/24

Terrence S. Miller
**CLERK OF THE COURT**