# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Mathew Ragan

Case No.:4-19-03804 MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Fay Servicing |
| Court Claim Number: | 03 |
| Last Four of Loan Number: | 3482 |
| Property Address if applicable: | 246 Fountain Rd |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $19,221.03 |
| b. | Prepetition arrearages paid by the trustee: | $19,221.03 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $19,221.03 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: November 27, 2024

                                                   Respectfully submitted,

                                              /s/ Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee
                                              Suite A, 8125 Adams Drive
                                              Hummelstown, PA  17036
                                              Phone:  (717) 566-6097
                                              Fax:  (717) 566-8313
                                              email:  info@pamd13trustee.com

Re: Mathew Ragan

Case No.: 4-19-03804 MJC

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 27, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Tullio DeLuca, Esquire
381 N 9th Ave
Scranton PA 18504


**Served by First Class Mail**
Fay Servicing, LLC
Bankruptcy Dept
PO Box 814609
Dallas TX 75381-4609

Mathew Ragan
246 Fountain Rd
Snow Shoe PA 16874


I certify under penalty of perjury that the foregoing is true and correct.


Date: November 27, 2024        /s/ Liz Joyce
                               Office of the Standing Chapter 13 Trustee
                               Jack N. Zaharopoulos
                               Suite A, 8125 Adams Dr.
                               Hummelstown, PA  17036
                               Phone:  (717) 566-6097
                               email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-03804  **MATHEW RAGAN**

**FAY SERVICING, LLC**
P.O. BOX 814609

DALLAS, TX  75381-4609

**Acct No:** 246 Fountain Rd - PRE-ARREA

ARREARS - 246 FOUNTAIN RD

Sequence: 24
Modify:
Filed Date:
Hold Code:

Amt Sched:  $82,608.00
Amt Due:  $0.00
Debt:  $19,221.03
Paid:  $19,221.03
Interest Paid:  $0.00
Accrued Int:  $0.00
Balance Due:  $0.00

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **FAY SERVICING, LLC** | | | | | | | |
| 520-0 | FAY SERVICING, LLC | | 10/23/2024 | 2040916 | $79.23 | $0.00 | $79.23 | |
| 520-0 | FAY SERVICING, LLC | | 09/17/2024 | 2039905 | $375.43 | $0.00 | $375.43 | 09/26/2024 |
| 520-0 | FAY SERVICING, LLC | | 08/07/2024 | 2038939 | $375.44 | $0.00 | $375.44 | 08/16/2024 |
| 520-0 | FAY SERVICING, LLC | | 07/10/2024 | 2038094 | $375.43 | $0.00 | $375.43 | 07/19/2024 |
| 520-0 | FAY SERVICING, LLC | | 06/18/2024 | 2037252 | $375.44 | $0.00 | $375.44 | 06/27/2024 |
| 520-0 | FAY SERVICING, LLC | | 05/22/2024 | 2036295 | $375.44 | $0.00 | $375.44 | 05/30/2024 |
| 520-0 | FAY SERVICING, LLC | | 04/17/2024 | 2035300 | $345.42 | $0.00 | $345.42 | 04/26/2024 |
| 520-0 | FAY SERVICING, LLC | | 03/14/2024 | 2034343 | $378.14 | $0.00 | $378.14 | 03/22/2024 |
| 520-0 | FAY SERVICING, LLC | | 02/14/2024 | 2033386 | $378.15 | $0.00 | $378.15 | 02/22/2024 |
| 520-0 | FAY SERVICING, LLC | | 01/12/2024 | 2032478 | $378.14 | $0.00 | $378.14 | 01/22/2024 |
| 520-0 | FAY SERVICING, LLC | | 12/19/2023 | 2031550 | $378.15 | $0.00 | $378.15 | 12/29/2023 |
| 520-0 | FAY SERVICING, LLC | | 11/15/2023 | 2030611 | $348.13 | $0.00 | $348.13 | 11/29/2023 |
| 520-0 | FAY SERVICING, LLC | | 10/18/2023 | 2029657 | $424.91 | $0.00 | $424.91 | 11/01/2023 |
| 520-0 | FAY SERVICING, LLC | | 09/19/2023 | 2028657 | $385.39 | $0.00 | $385.39 | 09/29/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | FAY SERVICING, LLC | | 08/09/2023 | 2027648 | $402.15 | $0.00 | $402.15 | 08/16/2023 |
| 520-0 | FAY SERVICING, LLC | | 07/11/2023 | 2026688 | $657.53 | $0.00 | $657.53 | 07/19/2023 |
| 520-0 | FAY SERVICING, LLC | | 06/13/2023 | 2025775 | $156.53 | $0.00 | $156.53 | 06/22/2023 |
| 520-0 | FAY SERVICING, LLC | | 05/16/2023 | 2024809 | $385.65 | $0.00 | $385.65 | 05/24/2023 |
| 520-0 | FAY SERVICING, LLC | | 04/18/2023 | 2023779 | $454.21 | $0.00 | $454.21 | 04/26/2023 |
| 520-0 | FAY SERVICING, LLC | | 03/15/2023 | 2022773 | $332.13 | $0.00 | $332.13 | 03/28/2023 |
| 520-0 | FAY SERVICING, LLC | | 02/15/2023 | 2021757 | $365.68 | $0.00 | $365.68 | 02/27/2023 |
| 520-0 | FAY SERVICING, LLC | | 01/18/2023 | 2020760 | $642.57 | $0.00 | $642.57 | 01/26/2023 |
| 520-0 | FAY SERVICING, LLC | | 12/13/2022 | 2019774 | $97.54 | $0.00 | $97.54 | 12/30/2022 |
| 520-0 | FAY SERVICING, LLC | | 11/16/2022 | 2018815 | $383.19 | $0.00 | $383.19 | 12/16/2022 |
| 520-0 | FAY SERVICING, LLC | | 10/18/2022 | 2017757 | $546.55 | $0.00 | $546.55 | 10/28/2022 |
| 520-0 | FAY SERVICING, LLC | | 09/13/2022 | 2016731 | $367.95 | $0.00 | $367.95 | 09/23/2022 |
| 520-0 | FAY SERVICING, LLC | | 08/17/2022 | 2015668 | $392.41 | $0.00 | $392.41 | 08/23/2022 |
| 520-0 | FAY SERVICING, LLC | | 07/13/2022 | 2014628 | $652.24 | $0.00 | $652.24 | 08/01/2022 |
| 520-0 | FAY SERVICING, LLC | | 06/14/2022 | 2013659 | $36.70 | $0.00 | $36.70 | 07/01/2022 |
| 520-0 | FAY SERVICING, LLC | | 05/17/2022 | 2012601 | $590.21 | $0.00 | $590.21 | 05/27/2022 |
| 520-0 | FAY SERVICING, LLC | | 04/12/2022 | 2011546 | $313.45 | $0.00 | $313.45 | 04/29/2022 |
| 520-0 | FAY SERVICING, LLC | | 03/16/2022 | 2010526 | $313.45 | $0.00 | $313.45 | 03/31/2022 |
| 520-0 | FAY SERVICING, LLC | | 02/16/2022 | 2009556 | $313.99 | $0.00 | $313.99 | 03/01/2022 |
| 520-0 | FAY SERVICING, LLC | | 01/19/2022 | 2008554 | $313.98 | $0.00 | $313.98 | 02/01/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | FAY SERVICING, LLC | | 12/15/2021 | 2007541 | $652.78 | $0.00 | $652.78 | 01/03/2022 |
| 520-0 | FAY SERVICING, LLC | | 11/16/2021 | 2006517 | $313.98 | $0.00 | $313.98 | 12/01/2021 |
| 520-0 | FAY SERVICING, LLC | | 10/14/2021 | 2005472 | $334.02 | $0.00 | $334.02 | 11/02/2021 |
| 520-0 | FAY SERVICING, LLC | | 09/14/2021 | 2004455 | $334.04 | $0.00 | $334.04 | 09/24/2021 |
| 520-0 | FAY SERVICING, LLC | | 08/18/2021 | 2003415 | $334.02 | $0.00 | $334.02 | 09/01/2021 |
| 520-0 | FAY SERVICING, LLC | | 07/14/2021 | 2002378 | $334.02 | $0.00 | $334.02 | 08/03/2021 |
| 520-0 | FAY SERVICING, LLC | | 06/16/2021 | 2001403 | $334.03 | $0.00 | $334.03 | 06/29/2021 |
| 520-0 | FAY SERVICING, LLC | | 05/18/2021 | 2000383 | $660.59 | $0.00 | $660.59 | 05/28/2021 |
| 520-0 | FAY SERVICING, LLC | | 04/15/2021 | 1229013 | $318.36 | $0.00 | $318.36 | 04/29/2021 |
| 520-0 | FAY SERVICING, LLC | | 03/17/2021 | 1227989 | $387.85 | $0.00 | $387.85 | 03/29/2021 |
| 520-0 | FAY SERVICING, LLC | | 02/17/2021 | 1226981 | $387.86 | $0.00 | $387.86 | 02/25/2021 |
| 520-0 | FAY SERVICING, LLC | | 01/19/2021 | 1225961 | $387.85 | $0.00 | $387.85 | 01/27/2021 |
| 520-0 | FAY SERVICING, LLC | | 12/10/2020 | 1224174 | $807.96 | $0.00 | $807.96 | 12/17/2020 |
| 520-0 | FAY SERVICING, LLC | | 11/03/2020 | 1223283 | $387.86 | $0.00 | $387.86 | 11/12/2020 |
| 520-0 | FAY SERVICING, LLC | | 10/15/2020 | 1222425 | $388.60 | $0.00 | $388.60 | 10/22/2020 |
| 520-0 | FAY SERVICING, LLC | | 09/17/2020 | 1221378 | $166.26 | $0.00 | $166.26 | 09/30/2020 |

Sub-totals: $19,221.03   $0.00   $19,221.03

Grand Total: $19,221.03   $0.00