In re:  Case No. 19-03804-MJC
Mathew Ragan  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 3
Date Rcvd: Dec 03, 2024      Form ID: 3180W      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mathew Ragan, 246 Fountain Road, Snow Shoe, PA 16874-8808 |
| 5259632 | + | Center County DRS, 420 Holmes Street, Bellefonte, PA 16823-1401 |
| 5259633 | + | Christina Echler, 3325 Willowcrest Drvie, Apartment 211, Haltom City, TX 76117-3438 |
| 5259640 | + | Mt Nittany Medical Center, 1800 E Park Ave, State College, PA 16803-6797 |
| 5243614 | + | Oag Child Su, Po Box 12017, Austin, TX 78711-2017 |
| 5259642 | + | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 5316336 | + | US Bank Trust National Association, RAS CRANE LLC, 1900 Enchanted Way, Suite 125, Grapevine, TX 76051-1023 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Dec 03 2024 18:38:00 | J.P. Morgan Mortgage Acquisition Corp. C/o NewRez, PO Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 03 2024 18:38:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 03 2024 18:38:00 | US Bank Trust National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth,, GA 30097-8461 |
| 5297650 | | Email/Text: ebnnotifications@creditacceptance.com | Dec 03 2024 18:38:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 5243608 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 03 2024 18:38:00 | Crdmgmcomp, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 5243943 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 03 2024 18:38:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Ste 3000, Southfield MI 48034-8331 |
| 5243609 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 03 2024 18:38:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 5243610 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 03 2024 18:38:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 5243611 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 03 2024 18:38:00 | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 5243612 | + | EDI: LCIICSYSTEM | Dec 03 2024 23:36:00 | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 5243613 | | EDI: JPMORGANCHASE | Dec 03 2024 23:36:00 | Jpmcb Hl, 700 Kansas Lane, Monroe, LA 71203 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5669293 | | Email/Text: mtgbk@shellpointmtg.com | Dec 03 2024 18:38:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 5669294 | | Email/Text: mtgbk@shellpointmtg.com | Dec 03 2024 18:38:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 5251727 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 03 2024 18:38:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5243615 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 03 2024 18:38:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 5243617 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 03 2024 18:38:00 | Specialized Loan Servi, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 5269435 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 03 2024 18:38:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5306466 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 03 2024 18:38:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5279838 | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Dec 03 2024 18:38:00 | Specialized Loan Servicing, LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 5259645 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 03 2024 18:38:00 | Specialized Loan Serving, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 5315367 | ^ | MEBN | Dec 03 2024 18:36:58 | US Bank Trust National Association, Not In Its Ind, PO Box 814609, Dallas, TX 75381-4609 |
| 5315368 | ^ | MEBN | Dec 03 2024 18:36:59 | US Bank Trust National Association, Not In Its Ind, PO Box 814609, Dallas, TX 75381-4609, US Bank Trust National Association, Not, PO Box 814609, Dallas, TX 75381-4609 |
| 5259646 | + | EDI: VERIZONCOMB.COM | Dec 03 2024 23:36:00 | Verizon, 500 Technology Drive Suite 30, Weldon Spring, MO 63304-2225 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| cr | * | US Bank Trust National Association, Not In Its Ind, PO Box 814609, Dallas, TX 75381-4609 |
| 5259634 | *+ | Crdmgmcomp, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 5259635 | *+ | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 5259636 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 5259637 | *+ | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 5259638 | *+ | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 5259639 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Hl, 700 Kansas Lane, Monroe, LA 71203 |
| 5259641 | *+ | Oag Child Su, Po Box 12017, Austin, TX 78711-2017 |
| 5259643 | *+ | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 5259644 | *+ | Shapiro & DeNardo, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 5306465 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5243616 | ##+ | Shapiro & DeNardo, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 0 Undeliverable, 12 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust C/O Fay Servicing, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor US Bank Trust National Association bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kevin S Frankel | on behalf of Creditor Specialized Loan Servicing LLC pa-bk@logs.com |
| Sindi Mncina | on behalf of Creditor US Bank Trust National Association smncina@raslg.com |
| Tullio DeLuca | on behalf of Debtor 1 Mathew Ragan tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Mathew Ragan<br>First Name  Middle Name  Last Name | | Social Security number or ITIN  xxx-xx-4195<br>EIN  __-_____ |
| Debtor 2: <br>(Spouse, if filing)  First Name  Middle Name  Last Name | | Social Security number or ITIN  ____<br>EIN  __-_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  4:19-bk-03804-MJC | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mathew Ragan

12/3/24

**By the court:**

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**