United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-03804-MJC |
| Mathew Ragan | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 06, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Commonwealth of PA, Attn: Payroll Administrator, 1 Bureau of Comm Payroll Operations, PO Box 8006, Harrisburg, PA 17105-8006 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 08, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust C/O Fay Servicing, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor US Bank Trust National Association bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kevin S Frankel | on behalf of Creditor Specialized Loan Servicing LLC pa-bk@logs.com |

Sindi Mncina
    on behalf of Creditor US Bank Trust National Association smncina@raslg.com

Tullio DeLuca
    on behalf of Debtor 1 Mathew Ragan tullio.deluca@verizon.net

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Matthew Ragan, | : | Case No. 4:19-03804-MJC |
|         Debtor | : | |
| | : | |
| Matthew Ragan, | : | |
|         Movant | : | |
| vs. | : | |
| Jack N. Zaharopoulos, Esq., | : | |
|         Respondents | : | |

## ORDER

Upon consideration of Debtor's Motion to Terminate Wage Attachment, Dkt. # 87 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED** and the Wage Attachment entered in the herein case pursuant to Order dated October 18, 2019 is hereby terminated.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 5, 2024